IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12-CR-418 |
| vs. | ORDER |
| QUINCY HUGHES, | |
| Defendant. | |

This matter is before the Court on the defendant Quincy Hughes's pro se motion for copies. Filing 190. The defendant has requested a copy of the full docket sheet and a judgment of commitment (including statement of reasons). However, the defendant does not have a right to receive copies of documents without payment, even if he has leave to proceed in forma pauperis. *See*, 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). The defendant has not explained why he needs these documents, and the Court is not inclined to subsidize his litigation expenses. His motion for copies will be denied.

IT IS ORDERED:

1. The defendant's motion for copies (filing 190) is denied.

Dated this 21st day of March, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge