IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUINCY HUGHES,

    Defendant.

Case No. 8:12CR418

Order

Before the Court is the request for transcript of hearing held on August 1, 2014.

IT IS ORDERED:

1. The request for transcript, filing [203] is granted.

2. Ireesha Fox is advised that the cost of the transcript is $80.30. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on 08/01/2014. A copy of this order should also be mailed to Ireesha Fox.

DATED: June 27, 2019

BY THE COURT:

s/ John M. Gerrard
Chief United States District Judge